DONN S. DUPUY, Respondent, v HAYNER HOYT CORPORATION et al., Appellants. [605 NYS2d 1025] —Motion to accelerate appeal denied. Memorandum: Respondent's remedy is to move to dismiss the appeal for failure to perfect if appellants do not perfect the appeal within 60 days, which will not expire until October 28, 1993. Present—Callahan, J. P., Green, Fallon, Doerr and Davis, JJ. (Filed Oct. 28, 1993.)